AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 7:25-mj-88 | May 8, 2025 at 1226 hours | On file with USPIS |

Postal Inspector Nathan Buck and Postal Inspector Michael Romano

Inventory of the property taken and name(s) of any person(s) seized:

1. White Cardboard box bearing tracking number "9505 5103 6757 5126 1636 50" and packing material.

2. Approximately 107 grams of green leafy material consistent with the odor and appearance of marijuana.

**Received in Chambers**
**By Reliable Electronic Means**

5/9/2025 2:05 PM

**Hon. C. Kailani Memmer**
**United States Magistrate Judge**

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

May 09, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ S. Wray
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 9, 2025

*Nathan E. Buck*
Executing officer's signature

Nathan E. Buck, Postal Inspector, USPIS
*Printed name and title*